JULIUS KUPATT, Appellant, v. AMERICAN RAILWAY EXPRESS COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

In the Matter of Proving the Last Will and Testament of FREDERICK GEBHARD, Deceased, as a Will of Real and Personal Property. FREDERICK GEBHARD, Appellant; VALENTINE GEBHARD, Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

ANGELINE M. V. AUFIERO, Respondent, v. TERMINAL AND TOWN TAXI CORPORATION, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, upon the ground that the verdict is against the weight of the evidence on both issues of negligence. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

MARY MURPHY, an Infant, by JANE MURPHY, Her Guardian ad Litem, Respondent, v. EIGHTH AVENUE RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ. Clarke, P. J., dissenting.

GEORGE GILLMAN, Respondent, v. MORRIS SUDEROV, Appellant.—Judgment and order reversed and new trial ordered, with costs to appellant to abide event, on the ground that the verdict was against the weight of the evidence. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

MARTHA KAMIONER KRAUS, Appellant, v. NATHANIEL KRAUS, Respondent. —Judgment affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

THE MOTION PICTURE TRADE DIRECTORY COMPANY, INC., Appellant, v. LAIRD H. WALLACE and Another, Individually and as Copartners, etc., Respondents.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ. Laughlin and Smith, JJ., dissenting.

JOSEPH ZELENKO and Another, Copartners, etc., Respondents, v. MEYER NEUMANN, Doing Business under the Trade Name of MANHATTAN MAID DRESS CO., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and twenty dollars costs of motions at Special Term. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

In the Matter of the Appraisal under the Transfer Tax Law of the Estate of MARY A. EARLY, Deceased. CHARLES M. EARLY, Individually and as Administrator, etc., and Another, Appellants; COMPTROLLER OF THE STATE OF NEW YORK, Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

MARCUS EBERHART, Respondent, v. THE ROYAL BANK OF CANADA, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

WILLIAM L. TUCKER, Appellant, v. CELESTINO PIVA, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.